ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS EFRAIN LOPEZ FELIX, ET AL.

Defendants.

Case No: 1:26-CR-00170-KES-EPG

STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

DATE: October 1, 2026
TIME: 2:00 p.m.
JUDGE: Hon. Erin Guy Castillo

Plaintiff United States of America, by and through its counsel of record, and Defendant Ramiro Luna only, by and through his counsel of record, hereby stipulate as follows. The parties base this stipulation on good cause. Specifically,

1. This matter was set an Arraignment on the Indictment on October 2, 2026, at 2:00 p.m in Fresno, California.

2. The Defendant is currently on pre-trial release and resides in San Bernadino, California.
3. Counsel for the Defendant was made aware of this Arrgainment on the Indictment the morning of October 2, 2026. The Defendant is currently in San Bernadino.
4. The Defendant has insufficient time to make arrangements to travel Fresno, California prior to the October 2, 2026 Arraignment on the Indictment scheduled for 2:00 pm.
5. As a result, the parties agree and stipulate to continue the Arraingment on the Indictment for Defendant Ramiro Luna only to October 5, 2026 at 2:00 pm.
6. By this stipulation, parties move to continue the Arraignment on the Indictment as to Defendant Ramiro Luna only and to exclude time between October 2, 2026 and October 5, 2026, as to Defendant Ramiro Luna only pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO STIPULATED.

Dated: October 2, 2026

ERIC GRANT
Acting United States Attorney

By: /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: October 2, 2026

By: /s/ *Alekxia Torres-Stallings*
Alekxia Torres-Stallings
Counsel for Defendant
Ramiro Luna

**ORDER**

IT IS ORDERED that the Arraignment on the Indictment as to Defendant Ramiro Luna currently set for October 2, 2026 at 2:00 pm is continued to October 5, 2026 at 2:00pm before Magistrate Erin Guy Castillo.

IT IS FURTHER ORDERED THAT the period of time from **October 1, 2026,** through **October 5, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **October 2, 2026**

Erin Guy Castillo
UNITED STATES MAGISTRATE JUDGE